# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-3071-CAS(Ex) | Date | June 29, 2016 |
|---|---|---|---|
| Title | Gentille Barkhordar, et al. v. Century City Park Place Condominium Association, et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 13, 2016**, why this action should not be dismissed for lack of prosecution **as to defendants CENTURY CITY PARK PLACE CONDOMINIUM ASSOCIATION; and MANAGEMENT PROFESSIONALS, INC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.

The Order to Show Cause will stand submitted upon the filing of briefs. Plaintiff is advised that the Court will consider the following:

1)   An answer by defendants, **CENTURY CITY PARK PLACE CONDOMINIUM ASSOCIATION; and MANAGEMENT PROFESSIONALS, INC.,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CL |